# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 19–10686–tmd
Chapter No.: 7
Judge: Tony M. Davis

IN RE: **Abigail Sarah Alexander**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **11/25/19 at 10:30 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 21 Motion to Sell Property Free and Clear of Liens 11 USC 363(f) (21 Day Objection Language) filed by Brian Talbot Cumings for Trustee Ron Satija ) Hearing Scheduled For 11/25/2019 at 10:30 AM at Austin Courtroom 1 .....IF TIME ESTIMATE FOR BOTH SIDES EXCEEDS 30 MINUTES, PLEASE E–MAIL THE COURTROOM DEPUTY AT JENNIFER_LOPEZ@TXWB.USCOURTS.GOV AND ALL AFFECTED PARTIES FOR A SPECIAL SETTING. (Lopez, Jennifer)

Dated: 10/17/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]