**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 01, 2019.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 19-10686 |
| ABIGAIL SARAH ALEXANDER aka § | | |
| ABBY SARAH ALEXANDER aka § | | |
| ABBY SARAH JAVERNICK fka § | | |
| ABIGAIL SARAH JAVERNICK, § | | |
| *Debtor* § | | CHAPTER 7 |

### AGREED ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY
### [DOCKET NO. 21]

On consideration of the "Chapter 7 Trustee's Motion for Authority to Sell Real Property Free and Clear of All Interests Pursuant to 11 U.S.C. §§363(b) and 363(f) and Pay All Other Normal and Customary Closing Costs and Fees as Closing" filed by the Chapter 7 Trustee, John Ron Satija ("Trustee"), on September 20, 2019 (Docket No. 21) ("Motion to Sell"), the Response thereto filed by Regions Bank dba Regions Mortgage (hereinafter "Regions"), and the below agreement of the parties, it is

**ORDERED** that the Trustee is authorized to sell the real property located at 505 S Highland St, Ada, Pontotoc County, OK 74820 (the "Property"), which is legally described as:

**ALL OF LOTS 2 AND 3 AND THE NORTH 30 FEET OF LOT 4 IN BLOCK 18 OF HILL TOP ADDITION TO THE CITY OF ADA, PONTOTOC COUNTY, OKLAHOMA.**

for an amount sufficient to pay at closing, the full amount of all liens on the Property, including the first lien mortgage of Regions.

**FURTHER ORDERED** that, notwithstanding anything herein to the contrary, the ad valorem taxes pertaining to the Property for year 2019 shall be prorated at closing, and the liens securing payment of the property taxes, and any penalties and interest that may accrue thereon, shall remain attached to the Property until paid in full.

**FURTHER ORDERED** that the first lien mortgage of Regions shall be paid in full by the title company at the time of closing.

**FURTHER ORDERED** that, if the sales proceeds are not sufficient to pay the entire amount owed to Regions on its first lien mortgage at the time of closing, then the sale shall not close, unless and to the extent Regions agrees in writing to the title company to accept less than its full payoff amount.

**FURTHER ORDERED** that, after payment of all liens and closing costs, the title company shall distribute all remaining proceeds to the Trustee by a check made payable to the order of "Ron Satija, Trustee" and sent to P.O. Box 660208, Austin, TX 78766.

**FURTHER ORDERED** that the Trustee is authorized and directed to execute, acknowledge and deliver any instrument or record necessary to consummate or memorialize the sale.

**FURTHER ORDERED** that the 14-day stay provided for under Federal Rule of Bankruptcy Procedure 6004(h) is waived.

### END OF ORDER ###

AGREED AS TO SUBSTANCE AND FORM:

_____
Brian Talbot Cumings
State Bar No. 24082882
Graves Dougherty Hearon & Moody, PC
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone:   (512) 480-5626
Facsimile:    (512) 536-9926
*Attorney for Chapter 7 Trustee*

_____
H. Gray Burks, IV
State Bar No. 03418320
ShapiroSchwartz, LLP
13105 NW Freeway, Suite 1200
Houston, Texas 77040
Telephone:   (713) 462-2565
Facsimile:    (847) 879-4854
Email: gburks@logs.com
*Attorney for Regions Bank dba Regions Mortgage*